1  WILLIAM R. TAMAYO, SBN 084965 (CA)
   JONATHAN T. PECK, SBN 12303 (VA)
2  SANYA P. HILL MAXION, SBN 18739 (WA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5650
5  Fax No. (415) 625-5657

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## (SAN JOSE DIVISION)

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. C 07 1777 RS |
|---|---|
| Plaintiff, | **COMPLAINT** |
| v. | Civil Rights Employment Discrimination - Age Discrimination in Employment Act |
| BEST BUY CO., Inc., d/b/a MN BEST BUY CO., INC., | |
| Defendant. | **JURY TRIAL DEMAND** |

### NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful practices on the basis of age and to provide appropriate relief to Mr. Reinhold Schouweiler who was adversely affected by such practices. The Commission alleges that Mr. Schouweiler, age 68, was denied employment because of his age.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, (ADEA) as amended, 29 U.S.C. § 626(b) which

1  incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (FLSA), as
2  amended, 29 U.S.C. §§ 216(c) and 217.

3      2.    The employment practices alleged to be unlawful were and are now being committed
4  within the County of Santa Clara and the City of Gilroy in the State of California which is within the
5  jurisdiction of the United States District Court for the Northern District of California, San Jose
6  Division.

## PARTIES

8      3.    Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of
9  the United States of America charged with the administration, interpretation, and enforcement of the
10 ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. §
11 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public
12 law 98-532 (1984), 98 Stat. 2705.

13     4.    At all relevant times, Defendant, Best Buy, Co., Inc., d/b/a MN Best Buy Co., Inc.,
14 (Defendant) has continuously employed at least 20 employees.

15     5.    At all relevant times, Defendant has continuously been an employer, within the
16 meaning of 11(b) of the ADEA, 29 U.S.C. § 630(b).

17     6.    Prior to in the institution of this lawsuit, the Commission's representatives attempted
18 to eliminate the unlawful employment practices alleged below and to effect voluntary compliance
19 with the ADEA through informal methods of conciliation, conference and persuasion within the
20 meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

23     7.    More than thirty days prior to the institution of this lawsuit, Mr. Schouweiler filed a
24 charge of discrimination with the EEOC alleging violations of the ADEA by Defendant. All
25 conditions precedent to the institution of this lawsuit have been fulfilled.

26     8.    In approximately November 2004, Defendant engaged in unlawful employment
27 practices in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a), by denying employment into
28 entry-level positions to Reinhold Schouweiler because of his age, 68.

1    9.    The effect of the practices complained of in paragraph 8 above has been to deprive Mr. Schouweiler equal employment opportunities and to otherwise adversely affect him because of his age.

10.   The unlawful employment practices complained of in paragraph 8 above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.   Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals 40 years of ages and older, and which eradicate the effects of its past and present unlawful employment practices.

C.   Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Mr. Schouweiler whose wages are being unlawfully withheld as a result of the acts complained of above.

D.   Order Defendant to make whole Mr. Schouweiler, adversely affected by the unlawful practices described above, by providing affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place hiring.

E.   Grant such further relief as the Court deems proper.

F.   Award the EEOC its costs in this action.

////
////
////
////
////

3.

**JURY TRIAL DEMAND**

The EEOC requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

DATED: 3/29, 2007

WILLIAM R. TAMAYO
Regional Attorney

DATED: 3/29, 2007

JONATHAN T. PECK
Supervisory Trial Attorney

DATED: March 29, 2007

SANYA HILL-MAXION
Senior Trial Attorney

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

Attorneys for Plaintiff
U.S. Equal Employment
Opportunity Commission

4.