1   MELINDA S. RIECHERT, State Bar No. 65504
    MORGAN, LEWIS & BOCKIUS LLP
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA  94306-2122
    Tel:  650.843.4000
4   Fax:  650.843.4001
    E-mail:  mriechert@morganlewis.com
5

6   Attorneys for Defendant
    BEST BUY STORES, L.P.
7   (incorrectly sued as Best Buy Co., Inc.)

*E-FILED - 8/9/07*

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11  EQUAL EMPLOYMENT                    Case No. C 07 1777 RMW
    OPPORTUNITY COMMISSION,
12                                      STIPULATION AND [PROPOSED]
                   Plaintiff,           ORDER CONTINUING DATE OF INITIAL
13                                      CASE MANAGEMENT CONFERENCE
                   vs.
14                                      Judge:      Hon. Ronald M. Whyte
    BEST BUY CO., Inc., d/b/a MN BEST
15  BUY CO., INC.,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF INITIAL CMC
(CASE NO. C 07 1777 RMW)

## STIPULATION

1  

2  WHEREAS, the Initial Case Management Conference was originally scheduled for July

3  11, 2007;

4  WHEREAS, on June 28, 2007, the Clerk of the Court issued a Clerk's Notice

5  rescheduling the Initial Case Management Conference to August 10, 2007, due to reassignment of

6  the case to Judge Ronald M. Whyte;

7  WHEREAS, Civil Local Rule 16-10(a) requires lead trial counsel for each party to attend

8  the Initial Case Management Conference;

9  WHEREAS, Defendant's lead trial counsel will be unable to attend the Initial Case

10  Management Conference as scheduled because she will be on vacation that week with her family;

11  WHEREAS, Civil Local Rule 16-2 permits parties to seek relief from the Court's case

12  management schedule by stipulating to change the date of any case management conference;

13  WHEREAS; the parties' agreement to continue the hearing date for the Initial Case

14  Management Conference does not alter any other date of any event or any deadline already fixed

15  by Court order;

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582133.1

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF INITIAL CMC
(CASE NO. C 07 1777 RMW)

1    THEREFORE, Plaintiff Equal Employment Opportunity Commission and Defendant Best

2  Buy Stores, L.P., through their counsels of record, hereby STIPULATE to reschedule the Initial

3  Case Management Conference, currently set for August 10, 2007, to August 17, 2007.

4

5  Dated: July 31 , 2007                      MORGAN, LEWIS & BOCKIUS LLP

6

7                                       By _Melinda Riechert_____

8                                          Melinda S. Riechert

9                                          Attorneys for Defendant
                                           BEST BUY STORES, L.P.

10

11 Dated: July _____, 2007                   U.S. EQUAL OPPORTUNITY COMMISSION

12

13                                      By _____

14                                         William R. Tamayo
                                           Jonathan T. Peck
15                                         Sanya P. Hill Maxion

16                                         Attorneys for Plaintiff
                                           EQUAL EMPLOYMENT OPPORTUNITY
17                                         COMMISSION

18

19                                **ORDER**

     PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21 Dated: 8/9 _____, 2007          By:  _Ronald M. Whyte_____

22                                        Hon. Ronald M. Whyte
                                          U.S. District Court Judge
23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582133.1                              2                    CASE NO. C 07 1777 RMW

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE

1    THEREFORE, Plaintiff Equal Employment Opportunity Commission and Defendant Best

2  Buy Stores, L.P., through their counsels of record, hereby STIPULATE to reschedule the Initial

3  Case Management Conference, currently set for August 10, 2007, to August 17, 2007.

4

5  Dated: July _____, 2007                    MORGAN, LEWIS & BOCKIUS LLP

6

7                                             By _____
                                                 Melinda S. Riechert
8
                                                 Attorneys for Defendant
9                                                BEST BUY STORES, L.P.

10

11  Dated: ~~July~~ *August* 2 , 2007          U.S. EQUAL OPPORTUNITY COMMISSION

12

13                                            By *Sanya P. Hill Maxion*
                                                 William R. Tamayo
14                                               Jonathan T. Peck
                                                 Sanya P. Hill Maxion
15
                                                 Attorneys for Plaintiff
16                                               EQUAL EMPLOYMENT OPPORTUNITY
                                                 COMMISSION
17

18                                  **ORDER**

19       PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21  Dated:_____, 2007          By:

22                                               Hon. Ronald M. Whyte
                                                 U.S. District Court Judge
23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7582133.1                      2                    CASE NO. C 07 1777 RMW
STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE