MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
BEST BUY STORES, L.P.
(incorrectly sued as Best Buy Co., Inc.)


WILLIAM R. TAMAYO, State Bar No. 84965
JONATHAN T. PECK, State Bar No. 12303 (VA)
SANYA P. HILL MAXION, State Bar No. 18739 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Tel: 415.625.5650
Fax: 415.625.5657
E-mail: william.tamayo@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*E-FILED - 5/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO., Inc., d/b/a MN BEST BUY CO., INC.,<br><br>Defendant. | Case No. C 07 1777 RMW<br><br>**STIPULATION AND [xxxxxxxxxxxxx] ORDER EXTENDING CASE MANAGEMENT AND TRIAL DATES**<br><br>Judge:    Hon. Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3704786.1

STIPULATION AND ORDER EXTENDING
SUMMARY JUDGMENT HEARING DATE
CASE NO. C 07-1777 RMW

WHEREAS, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and BEST BUY STORES, L.P. (incorrectly sued as Best Buy Co., Inc.) have settled this action through mediation;

WHEREAS, the parties are negotiating to finalize the terms of the settlement and consent decree;

WHEREAS, the parties expect to continue to engage in good faith settlement negotiation during the ensuing month and the parties recognize that more time is needed in order effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently conducting litigation at the same time the parties are attempting to settle this case in good faith;

WHEREAS, this Court previously set June 13, 2008, as the date on which to hear dispositive motions;

WHEREAS, May 9, 2008 is the last day to hand-serve any motion for summary judgment;

WHEREAS, this Court previously set July 18, 2008 as the deadline for designation of experts;

WHEREAS, this Court previously set August 11, 2008 as the cutoff date for expert discovery;

WHEREAS, this Court previously set August 28, 2008 as the date of the pretrial conference;

WHEREAS, this Court previously set a trial date of September 15, 2008, for this matter;

WHEREAS, the parties desire an extension of the above dates to allow time to finalize the terms of the settlement and consent decree;

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties to extend the deadlines in this case as follows:

1. Dispositive motions will by heard by August 22, 2008.
2. The deadline for designation of experts will be October 10, 2008.
3. The expert discovery cutoff will be November 3, 2008.

4. The pretrial conference will be on November 20, 2008.

5. The trial date will be December 8, 2008.

///
///
///
///

Dated: May 8, 2008

U.S. EQUAL OPPORTUNITY COMMISSION

By _____
Sanya P. Hill Maxion

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: May 9, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Melinda S. Riechert

Attorneys for Defendant
BEST BUY STORES, L.P.

**IT IS SO ORDERED.**

Dated: 5/22/08

_Ronald M. Whyte_
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3704786.1      2      STIPULATION AND ORDER EXTENDING
                            SUMMARY JUDGMENT HEARING DATE
                            CASE NO. C 07-1777 RMW

TOTAL P.04