WILLIAM R. TAMAYO - #0844965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL-MAXION - #18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone Number: (415) 625-5650
Facsimile Number: (415) 625-5657
E-mail: Sanya.Hill@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

MELINDA S. RIECHERT, SBN 65504 (CA)
MORGAN, LEWIS & BOCKIUS LLP.
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone Number: (650) 843-4000
Facsimile Number: (650) 843-4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
BEST BUY STORES, L.P.

***E-FILED - 8/6/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY STORES, L.P.,<br><br>Defendant. | CIVIL ACTION NO. C-07-01777-RMW<br><br>**CONSENT DECREE** |

## I.  INTRODUCTION

On March 29, 2007, Plaintiff, Equal Employment Opportunity Commission ("EEOC"), filed this action pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §626(b). Plaintiff alleged that Defendant failed to hire Reinhold Schouweiler at the company's Gilroy, California store because of his age.

On April 27, 2007, Defendant, Best Buy Stores, L.P. ("Best Buy"), answered the complaint and denied liability on all claims asserted by the EEOC.

The EEOC and Best Buy want to conclude fully and finally all claims arising out of the above action without the expenditure of further resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the ADEA.

## II.  NON-ADMISSION OF LIABILITY

This consent decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of the ADEA by Best Buy.

The Court has reviewed the terms of this Consent Decree in light of the pleadings, the record herein, and the applicable law, and now approves the Consent Decree in its entirety.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

## III.  GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action.

2. This Consent Decree constitutes a full resolution of Plaintiff's complaint in Civil Action No. C-07-01777-RMW and the facts alleged in the underlying charge of discrimination filed by Mr. Schouweiler with the EEOC.

3. This Consent Decree shall become effective upon its entry by the Court.

4. Each party shall bear its own costs and attorneys fees.

## IV.  GENERAL INJUNCTIVE RELIEF

1. *Age Discrimination:* Best Buy, its officers, directors, management (including supervisory employees) shall comply with all requirements of the ADEA.

2. *Retaliation*: Consistent with 29 U.S.C. §623(d), Best Buy, its officers, directors, management (including supervisory employees), are enjoined from retaliating against any current or former employee of Best Buy because he or she opposed any practice of age discrimination in connection with this case; filed a Charge of Discrimination alleging any such practice; testified or participated in any manner in any investigation (including, without limitation, any internal investigation undertaken by Best Buy), proceeding or hearing in connection with this case; or was identified as a possible witness in this action.

## V. MONETARY RELIEF

1. Best Buy will pay Reinhold Schouweiler the gross sum total of SEVENTEEN THOUSAND AND FIVE HUNDRED DOLLARS ($17,500.00), in full settlement of the discrimination claims made in this lawsuit and his underlying charge of discrimination. No taxes shall be withheld from the $17,500.00 payment. All taxes and other obligations related to the $17,500.00 payment, if any, shall be the sole obligation of Mr. Schouweiler.

2. The settlement amount above is being paid in complete compromise of all issues arising out of the Complaint filed in this lawsuit, Civil Action No. C-07-01777-RMW, U.S. District Court for the Northern District of California.

3. The monetary relief shall be paid as follows:

    a. Best Buy will issue a check in the amount of SEVENTEEN THOUSAND AND FIVE HUNDRED ($17,500.00) to Reinhold Schouweiler. Best Buy shall make payment in the form of a business check, cashier's check, or certified check made payable to Reinhold Schouweiler within thirty days of the entry of this Consent Decree.

    b. Best Buy will mail the check to Reinhold Schouweiler and will send a copy of the check to Sanya Hill Maxion, Senior Trial Attorney, EEOC, within ten (10) days of mailing the check.

## VI. SPECIFIC INJUNCTIVE RELIEF

(1) *Anti-Discrimination Training*. Within one-hundred eighty days (180) of entry of this decree, Best Buy will present training on discrimination and retaliation to all managers, supervisors,

and all employees who have any responsibilities for hiring and who participate in Best Buy's hiring and interviewing process at its Gilroy, California store location. The cost of the training will be borne by Best Buy.

(a) The training described in the preceding paragraph shall be provided by individuals with established experience in the area of ADEA employment discrimination. The training will include examples of hiring practices that violate the ADEA. The training will inform each participant that he or she is responsible for knowing and complying with the contents of Best-Buy's Anti-Discrimination policies.

(b) Best Buy will retain records for the duration of the training it provided pursuant to this decree. The records will list the date of the training and the persons who attended the training. Best Buy will provide a copy of these records and the training materials to the EEOC within thirty (30) days of completion of the training.

## VII. RETENTION OF JURISDICTION AND EXPIRATION OF CONSENT DECREE

1. This Consent Decree shall terminate within three (3) years from the date of entry by the court, unless the EEOC petitions this court for an extension of the Decree because of noncompliance by Best Buy. If the EEOC determines that Best Buy has not complied with the Consent Decree, the EEOC will provide written notification of the alleged breach to counsel for Best Buy listed above and will not petition the court for enforcement sooner than thirty (30) days after providing written notification. The thirty-day period following written notice shall be used by the parties for good faith efforts to resolve the issue. If the EEOC petitions the court and the court finds Best Buy to be in substantial violation of the terms of the Decree, the court may extend this Consent Decree.

////
////
////
////
////

2. This Court shall retain jurisdiction over this action for the purposes of enforcing the provisions of this Consent Decree.

On behalf of Plaintiff:

_____     7/3/08
WILLIAM R. TAMAYO                     DATED
Regional Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

_____     7/3/08
JONATHAN T. PECK                      DATED
Supervisory Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

_____     7/8/08
SANYA HILL MAXION                     DATED
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

On Behalf of the Defendant

_____     7/2/08
MELINDA S. RIECHERT                   DATED
MORGAN, LEWIS & BOCKIUS LLP.

IT IS SO ORDERED:

                                      *Ronald M. Whyte*

DATED: 8/6/08                         _____
                                      HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT COURT JUDGE